IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LARRY-JUSTIN TOWNER                                              PLAINTIFF

v.                              No. 3:24-cv-128-DPM

BOLD TEAM, LLC and Trustees,
DANNY BROWN;
TAMMIE HUTCHINSON; and
ANNIE ISELIN, Each in Their Official
and Individual Capacities                                       DEFENDANTS

## ORDER

There are a tangle of motions in this recently removed case. Towner's motion for summary judgment, *Doc. 3*, is denied without prejudice as premature. His motion to compel defendants' counsel to demonstrate authority to represent their clients, *Doc. 11*, is denied. Towner's requests for admission, *Doc. 19*, are also premature. The time for defendants' responses to them is stayed until thirty days after this Court issues a Final Scheduling Order. The period for any needed discovery beyond initial disclosures, which are made after the Rule of Civil Procedure 26(f) conference, will be specified in that Order. The Court will decide the fully briefed motion to dismiss. That decision will determine the shape of this case. No further filings are needed at this point.

So Ordered.

*W.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

10 September 2024