# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LARRY-JUSTIN TOWNER**                                    **PLAINTIFF**

v.                       No. 3:24-cv-128-DPM

**BOLD TEAM, LLC and Trustees,
DANNY BROWN; TAMMIE
HUTCHINSON; and ANNIE
ISELIN, Each in their Official
and Individual capacities**                                **DEFENDANTS**

## ORDER

The Court has received the attached letter from Towner.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 September 2024

Larry-Justin:Towner,Beneficiary
Richsmith Ln, Apt 1307
Searcy, Arkansas, 72143
Phn: (870)270-1199
Date: 9/16/2024

Honorable D.P. Marshall Jr
U.S. District Court Eastern District of Arkansas Northern Division
600 W. Capitol Avenue
Suite a-149
Little Rock, Arkansas, 72201-3325
Certified Mail Number: 9589-0710-5270-0337-3200-45

RE: Case No. **3:24-cv-128-DPM**
**Case Title:** :Larry-Justin:Towner,Beneficiary v. BOLD TEAM LLC and Trustees in their official and Individual Capacity
**Demand for Ruling on Objection to Defendants' Motion to Dismiss, for and on the record**

Dear Honorable Judge D.P. Marshall Jr

I respectfully submit this letter Demanding an immediate ruling on my previously filed objection to the defendants' motion to dismiss in the above-captioned case. My objection raised critical concerns regarding the admissibility of the statements submitted by the defendants' counsel, which I argued are unsworn, based on hearsay, and lack any evidentiary support.

### Nature of the Objection

As set forth in my objection, the statements provided by the defendants' counsel do not comply with the rules governing evidence, as they are neither made under oath nor supported by any personal knowledge. Without the submission of sworn affidavits or verifiable testimony, these statements amount to inadmissible hearsay under Rule 801(c) and should not be considered in support of the motion to dismiss. Further, counsel's representations in this case appear to serve as de facto testimony on behalf of their clients, without offering any opportunity for cross-examination, which violates my right to confront the source of such testimony under Federal Rule of Evidence 602.

### Demand for an Immediate Ruling

At this juncture, the court has yet to issue a formal ruling—either sustaining or overruling—on my objection. For the sake of judicial clarity, procedural fairness, and the preservation of the integrity of these proceedings, it is essential that a definitive ruling be made. Without such a ruling, the status of my objection remains in a state of ambiguity, which could jeopardize the fair administration of justice.

Moreover, the proceedings must not continue until the court has issued a clear and unequivocal ruling on this objection. Allowing the case to advance without resolving this critical evidentiary issue would not only be procedurally improper but could also cause irreparable prejudice by permitting inadmissible and unverified statements to influence the court's decisions. The Federal Rules of Civil Procedure (FRCP) and principles of due process mandate that unresolved objections, particularly those involving fundamental evidentiary concerns, be addressed before any further action is taken by the court. The court's failure to do so would risk invalidating any subsequent rulings and jeopardizing the appellate record.

### Importance of the Ruling for the Appellate Record

The necessity of an explicit ruling is heightened by the need to preserve the objection for appellate purposes. Under Rule 103 of the Federal Rules of Evidence, an objection must be clearly ruled upon to ensure that any errors related to the admission or exclusion of evidence can be properly reviewed by a higher court. In the absence of a definitive ruling, the appellate court may view the objection as unresolved, potentially limiting my ability to seek redress for any prejudicial errors.

Therefore, it is of the utmost importance that the court immediately render a ruling on my objection, either by sustaining it and excluding the defendants' unsworn statements or by overruling it and explaining the grounds for such a decision Which is Conditionally accepted upon proof of claim that the honorable judge can provide me with statutory authority to substantiate the claims . No further proceedings should take place until the court has resolved this matter on the record.

### Status Misconstrued as Pro Se

I Larry-Justin:Towner,Beneficiary,(Real Party In Interest) wish to formally address the Mischaracterization of my Status as "Pro Se" in this proceeding. It is essential to clarify that I am not representing myself as a "Pro Se" litigant. My Status remains as a Living Man in Propria Persona with standing in this Matter, asserting my rights under common law and constitutional protections. It is evident that non-interested parties, including those who act as administrators, agents, and representatives of corporate entities, do

not hold standing in this case. Corporate entities or Persons which is defined Under U.S.C. § 1-201(27) as a Commercial Entity. Defendants or Counsel are not in the capacity of their Proper Person. A commercial entity can only engage with another commercial entity via documents created by its agents who are also fictitious entities. Any Presumptions or Assumptions that I am acting in the capacity of a Commercial entity is hereby revoked. I demand that my Status, and Name in the proceeding revert back to the styled manner of Larry-Justin:Towner,Beneficiary. Pro-Per/Sui Juris/Real Party In Interest. I Do not Consent To be the artificial person/ Commercial entity LARRY-JUSTIN:TOWNER that is being displayed in the Documents created by the Courts.

## Conclusion

For these reasons, I respectfully Demand that the court issue a prompt, unequivocal ruling on my objection to the defendants' motion to dismiss. This ruling is necessary not only to protect my procedural and substantive rights but also to ensure the continued integrity of the judicial process and the preservation of a clear record for appellate review. I look forward to the court's timely resolution of this matter in accordance with the standards of fairness and justice. I Respectfully also Demand the Judge/Trustee to recognize my beneficial interest in this matter as the Beneficiary of this public trust. Are Ye not Trustees of this public trust with Fiduciary obligations and duties to act in the best interest of we the people? I conditionally accept upon proof of Claim any denials by The Judge/Administrator and Defendants Counsel who are also officers of this Public Trust that I am not the Beneficiary by providing on and for the record any such constitutional and statutory authority that substantiates those claims.

Thank you for your attention to this Demand.

Respectfully, Submitted
Autographed: *Larry-Justin: Towner, Beneficiary*
Beneficiary Pro-Per, Sui-Juris (Real Party in Interest)
Without Prejudice
In Good Faith, Date: 9/16/2024

## Certificate of Service

I hereby certify that on 9/16/2024 a true and correct copy of the foregoing Demand for Ruling was served upon the following counsel of record via certified Mail: 9589-0710-5270-0337-3208-54 Return Receipt Requested.

Rose Law Firm
120 East Fourth Street
Little Rock, Arkansas 72201
Counsel for Defendants